# THE UNITED STATES FEDERAL DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jeanette Outterbridge
    **Plaintiff**
                                  )

v.                                         )
                                      )    1:15-cv-1391

United States Department of Homeland   )
Security /United States Secret Service     )
    **Defendant**                             )

## COMPLAINT

**Comes now plaintiff by and through Counsel Clarissa Thomas and The Law Office of C. Thomas, Chartered and files the complaint:**

1. Jurisdiction based on Title Vii of the Civil Rights Act,29 CFR 1614.110 and 42 USC 2000e-3a

2. Plaintiff is a United States citizen, an African American female, an adult resident of Upper Marlboro and a former employee with the defendant at all times relevant hereto and a GS-0080-09

3. The defendant is doing business in the District of Columbia at all times relevant thereto as the United States Office for Civil Rights and Civil Liberties.

4. The plaintiff has worked for the federal government for seven years. She held the position of a dispatcher from September 17, 2006 till January 18, 2011.She became a Personnel Security Specialist on January 18, 2011. Her duties include but are not limited to processing background investigations for the uniformed division section.

5. The plaintiff has always received outstanding reviews and evaluations from the defendant at all times relevant thereto for a period of on or about nine years.

6. The plaintiff first line supervisor is Yolanda Evans Her second line supervisor is Althea Washington, who is the branch chief and a white female.

7. The plaintiff had repeatedly complained about being singled out because of her race and her gender to her second line supervisor during the period of August 2011- through August 9, 2013. One of her complaints is that she was forced to do assignments that whites and other males were not required to do and that she had received a poor evaluation. The plaintiff further complained that she had been denied a promotion by Ms. Washington; although she met all of the requirements for the grade increase and promotion. There were white employees whose work performance was not up to par who had received promotions. Although, all of her evaluations for the nine years that she was employed with the defendant were outstanding. She would complain to her supervisors repeatedly about the discriminatory conduct. However, the conduct continued. The supervisors were all on notice about the complaints. When the conduct did not cease, the plaintiff filed a complaint with the EEO office on July 22,2013 regarding discriminatory practices of reprisal, discrimination based on gender, harassment and reprisal. by the defendant, namely by her first line supervisor Althea Washington. Subsequent to filing the complaint with the EEO office. Subsequent to the filing of the EE0 Complaint, the plaintiff on September 11,2013 was issued a progress view stating that her performance was poor. On January 13,2014, the plaintiff was issued was placed on a PIP program which is used for employees whose work conduct is not up to par. In addition, the defendants would isolate her from other employees. The defendant would also share information with the staff about the plaintiff's EEO complaint. The plaintiff was also denied career ladder promotion after she had filed the EEO complaint and complained about the defendants conduct. The defendant did not have a legitimate reason for denying the promotion, for giving the plaintiff a bad evaluation, or for placing her in the PIP program the plaintiff was engaged in protected activity under Title VII and management was well aware that she had filed the EEO complaint and had repeatedly complained to the superiors about the discriminatory conduct.

8. The plaintiff was constantly harassed by the defendant. They would constantly complaint that her work was not improving. Although, there was nothing wrong with the plaintiff's work. The defendant was simply retaliating against the plaintiff because she had exercised her right to complain about unlawful conduct and filed an EEO complaint. The defendant was constantly harassing the plaintiff, she would complete a file and her supervisor would

      give it back to her asserting that there were errors. The plaintiff would have another supervisor look at the file and they would tell her there was nothing from with the work.  The defendant also was assigned a PIP supervisor who the plaintiff had original complained to the supervisor was retaliating and discriminating against her. The PIP was used to set the plaintiff up to fail. Thereafter, the defendant failed to fire the plaintiff. However, the plaintiff resigned on March 23, 2015 because the environment was stressing her out. The defendant had no legitimate reason to give the plaintiff a poor pip performance.

9.     Prior thereto, On July 21, 2014, the plaintiff filed an EEO complaint in Hs-usss-01335-2014. On August 2, 12014, the plaintiff received a letter notifying her of the conclusion of the EEO counseling and her right to file a formal complaint. On August 29, 2014, the plaintiff filed a formal complaint in HS-usss-01657-2014. On June 1,2015, the plaintiff received a final decision from the agency.

## RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A.    Judgment against the defendant in the amount of ten million dollars;
B.    Awarding attorney's fees and costs;
C.    and any and all relief that is appropriate and just and proper.

                                  Respectfully Submitted

                                      /s/ Clarissa Thomas
                                  Clarissa Thomas 434607
                          **THE LAW OFFICE OF C. THOMAS,CH**
                                2402 L'Enfant Square, SE
                                    Washington, DC 20020
                                        202-546-0638